IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| NORBERTO MEDINA-RODRIGUEZ,<br><br>Plaintiff(s),<br><br>v.<br><br>ITURREGUI PLAZA, INC., *et al.*,<br><br>Defendant(s), | CIVIL NO. 17-1946 (JAG) |

PARTIAL JUDGMENT

Pursuant to Plaintiff's Motion for Voluntary Dismissal, Docket No. 5, Judgment is hereby entered DISMISSING WITH PREJUDICE the case against co-Defendant Commoloco, Inc.

IT IS SO ORDERED.

In San Juan, Puerto Rico this 22nd day of August, 2017.

s/ Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
U.S. DISTRICT JUDGE