IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| NORBERTO MEDINA RODRÍGUEZ, <br><br> Plaintiff, <br><br> v. <br><br> ITURREGUI PLAZA, INC., *et al.*, <br><br> Defendants, | CIVIL NO. 17-1946 (JAG) |

PARTIAL JUDGMENT

Pursuant to Plaintiff's Notice of Voluntary Dismissal, Docket No. 20, Judgment is hereby entered DISMISSING WITH PREJUDICE Plaintiff's claims against co-Defendant Ching Cream, Inc. The case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico this 27th day of October, 2017.

s/ Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
U.S. DISTRICT JUDGE