IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Norberto Medina-Rodriguez,<br><br>**Plaintiff,**<br><br>    v.<br><br>Iturregui Plaza, Inc., *et al.*,<br><br>**Defendants,** | CIVIL NO. 17-1946(JAG) |

### PARTIAL JUDGMENT

Pursuant to Plaintiff's Motion for Voluntary Dismissal, Docket No. 26, Judgment is hereby entered DISMISSING WITH PREJUDICE Plaintiff's claims against co-Defendant La Familia Casa de Empeno y Joyeria.

IT IS SO ORDERED.

In San Juan, Puerto Rico this 27th day of November, 2017.

s/ Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
U.S. DISTRICT JUDGE
