IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Norberto Medina-Rodriguez,<br><br>**Plaintiff,**<br><br>v.<br><br>Iturregui Plaza, Inc., *et al.*,<br><br>**Defendants,** | CIVIL NO. 17-1946(JAG) |

## JUDGMENT

Pursuant to the parties' Stipulation of Dismissal, Docket No. 34, Judgment is hereby entered DISMISSING WITH PREJUDICE Plaintiff's case, without the imposition of costs, expenses, or attorney's fees. The case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico this 13th day of December, 2017.

s/ Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
U.S. DISTRICT JUDGE